IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:98CR212 |
| vs. | ) | |
| GARY M. TODD, | ) | ORDER |
| Defendant. | ) | |

Before the court is filing no. 62, the "Unopposed Motion to Continue Dispositional Hearing" filed by the defendant. The motion requests a continuance of the defendant's hearing regarding violation of supervised release from its currently scheduled date of April 18, 2005. The court finds that filing no. 62 should be, and hereby is, granted. The defendant's hearing is continued until **May 23, 2005 at 2:30 p.m.** before the undersigned, in Courtroom No. 4, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

SO ORDERED.

DATED this 19th day of April, 2005.

BY THE COURT:

s/Thomas M. Shanahan
THOMAS M. SHANAHAN
United States District Judge